**Order entered November 18, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00531-CV

### KALPANA YEDLAPALLI, INDIVIDUALLY AND AS NEXT FRIEND OF SHRIYA YEDLAPALLI, AND KALYANI KANCHARLA, Appellants

**V.**

### MAHALAKSHMI JALDU, Appellee

**On Appeal from the 417th Judicial District Court
Collin County, Texas
Trial Court Cause No. 417-02746-2017**

## ORDER

Before the Court is appellants' November 16, 2020 unopposed second motion for extension of time to file their reply brief. We **GRANT** the motion and **ORDER** the brief be filed no later than December 8, 2020.

/s/    KEN MOLBERG
JUSTICE